IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 11-cr-00490-RBJ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**1.    CARL WALTON RAYMONDE**,

        Defendant.

_____

## MOTION FOR HEARING TO DETERMINE
## MENTAL COMPETENCY OF DEFENDANT
_____

Carl Walton Raymonde, by and through his attorney, Virginia L. Grady, moves this Court, pursuant to 18 U.S.C. § 4241, to schedule a hearing to determine his mental competency to proceed, and in support thereof, states:

    1.    On January 6, 2012, Mr. Raymonde filed an "Unopposed Motion to Exclude time from the Computation of Speedy Trial, to Vacate All Deadlines, and to Set the Matter for a Status Hearing." Docket No. 19. The basis of this motion was to have Mr. Raymonde evaluated for a determination of his mental competency to proceed, as that term is defined in 18 U.S.C. § 4241(a).

    2.    The Court granted the motion and the matter is now set for a status hearing on Monday, March 12, 2012, at 1:00 p.m.

    3.    Counsel hired Dr. Jane Wells to evaluate Mr. Raymonde. Dr. Wells is a forensic psychologist who has been recognized on six occasions in this United States District Court as an expert in the field of forensic and clinical psychology.

4. Dr. Wells has notified undersigned counsel that, in her opinion, Mr. Raymonde does not meet the federal standard of competency to proceed, as he is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. A copy of this report will be separately filed, and counsel will be seeking permission to have the report docketed as restricted, Level 2.

*Proceedings Going Forward*

5. The statute requires the Court to grant this motion if there is reasonable cause to believe that the defendant is mentally incompetent to proceed. 18 U.S.C. § 4241(a). Mr. Raymonde submits that Dr. Wells' report gives the Court the necessary reasonable cause to believe that Mr. Raymonde is incompetent to proceed. The Court may, though not required, order an additional psychiatric or psychological evaluation. 18 U.S.C. § 4241(b).

6. At the competency hearing the Court need only find by a preponderance of the evidence that Mr. Raymonde is mentally incompetent to proceed. 18 U.S.C. § 4241(d). If the government does not contest Dr. Wells' findings, the parties could stipulate that there is a preponderance of evidence that Mr. Raymonde is incompetent under the statute based on Dr. Well's report. The Court may, however, order an additional evaluation and the production of testimony.

7. Upon a finding that Mr. Raymonde is incompetent to proceed, the Court shall order that he be "committed to the custody of the Attorney General for treatment in a suitable facility for a reasonable period of time not to exceed four months." 18 U.S.C.

§ 4241(d)(1). Additional time may be granted if Mr. Raymonde is not fully restored to competency, and "if the court finds that there is a substantial probability that within such additional period of time he will attain the capacity to permit the proceedings to go forward." 18 U.S.C. § 4241(d)(2)(A).

Respectfully submitted,

RAYMOND P. MOORE
Federal Public Defender


s/ Virginia L. Grady
VIRGINIA L. GRADY
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Virginia.Grady@fd.org
Attorney for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2012, I electronically filed the foregoing

**MOTION FOR HEARING TO DETERMINE
MENTAL COMPETENCY OF DEFENDANT**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Jeremy S. Sibert
    Assistant U.S. Attorney
    Email: jeremy.sibert@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Carl Walton Raymonde     *(via Mail)*


    s/ Virginia L. Grady
    VIRGINIA L. GRADY
    Assistant Federal Public Defender
    633 Seventeenth Street, Suite 1000
    Denver, Colorado 80202
    Telephone: (303) 294-7002
    FAX: (303) 294-1192
    Virginia.Grady@fd.org
    Attorney for Defendant