IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Laura Galera          Date: March 12, 2012
Court Reporter:     Kara Spitler

Criminal Action No. 11-cr-00490-RBJ-1

*Parties*:                                        *Counsel*:

UNITED STATES OF AMERICA,               Jeremy Sibert

      Plaintiff,

v.

CARL WALTON RAYMONDE,                    Virginia Grady

      Defendant.

---

## COURTROOM MINUTES

**STATUS CONFERENCE**

**12:59 p.m.     Court in session.**

Appearances of counsel.  Defendant appears in custody.

Ms. Grady requests the Court proceed with a competency hearing today.

Mr. Sibert advises the Court he does not dispute the findings contained within the psychological evaluation.

Ms. Grady requests the Court deem the defendant incompetent to proceed and commit him to the custody of the Attorney General for a period not to exceed 120 days.  Ms. Grady requests the 120 day period begin upon the defendant's transfer to the examination facility.

**ORDERED:**  Motion for Hearing to Determine Mental Competency of Defendant Doc. # (22) is
               GRANTED.

**ORDERED:**  The Court finds by a preponderance of the evidence that Mr. Raymonde is

mentally incompetent to proceed.

**ORDERED:**   Defendant is committed to the custody of the Attorney General for treatment in a suitable facility for a reasonable period of time not to exceed 120 days.  The 120 day period will begin upon his transfer to the examination facility.

**ORDERED:**   Status Conference set **July 26, 2012 at 9:00 a.m.** before the Honorable R. Brooke Jackson.

Defendant remanded to the custody of the United States Marshal.

**1:07 p.m.**      **Court in recess.**

Hearing concluded.

Total time:     00:08